UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID M. GEROUX,

          Plaintiff,

-vs-                                          Case No. 6:05-cv-1837-Orl-28DAB

CITY OF OAK HILL, BRIAN E.
MALLARD,

          Defendants.
_____

## ORDER

This case is before the Court on the Motion to Set Aside Dismissal Without Prejudice (Doc. 12), Plaintiff's Motion to Strike Defendant Brian E. Mallard's Motion to Dismiss (Doc. 13), and the Motion to Strike Plaintiff's Reply (Doc. 24). The United States Magistrate Judge has submitted a report recommending that the Motion to Set Aside Dismissal Without Prejudice (Doc. 12) be granted, Plaintiff's Motion to Strike Defendant Brian E. Mallard's Motion to Dismiss (Doc. 13) be denied, and the Motion to Strike Plaintiff's Reply (Doc. 24) be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed February 10, 2006 (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Set Aside Dismissal Without Prejudice (Doc. 12) is **GRANTED**. The Clerk is directed to reinstate the Motion to Dismiss (Doc. 3) which will be considered on its merits along with Plaintiff's opposition (Doc. 15). Further, the Court finds appropriate a sanction of $250.00 payable by Plaintiff's counsel to the City for reimbursement of attorney's fees incurred in preparing a response to the Motion to Set Aside Dismissal.

3. Plaintiff's Motion to Strike Defendant Brian E. Mallard's Motion to Dismiss (Doc. 13) is **DENIED**.

4. The Motion to Strike Plaintiff's Reply (Doc. 24) is **GRANTED**. The Clerk of Court is directed to remove the reply (Doc. 23) from the electronic file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party