# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID M. GEROUX,

                Plaintiff,

-vs-                                  Case No. 6:05-cv-1837-Orl-28DAB

CITY OF OAK HILL, BRIAN E. MALLARD,

                Defendants.

## ORDER

This case is before the Court on Defendant City of Oak Hill's Motion to Dismiss (Doc. No. 3) filed December 19, 2005 and Defendant Brian E. Mallard's Motion to Dismiss (Doc. No. 7) filed December 22, 2005 . The United States Magistrate Judge has submitted a report recommending that the motions be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 28, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendants' Motions to Dismiss are denied without prejudice as to the Defendants' ability to raise the issue of Officer Mallard's qualified immunity for the arrest of Plaintiff.

3.    Counts II, III, and IV are dismissed with leave to amend within twenty (20) days of this Order consistent with the Report and Recommendation.

4.    Plaintiff's claim for malicious prosecution against the City of Oak Hill is dismissed. Plaintiff is granted leave to amend within twenty (20) days of this Order to assert a claim for malicious prosecution against officer Mallard only.

5.    Plaintiff's claim for battery is dismissed as an independent tort but the underlying facts are incorporated into the tort claim for false arrest.

6.    Plaintiff's claim for negligent infliction of emotional distress is dismissed with leave to amend within twenty (20) days of this Order to set forth more specifically the "physical symptomatologies" that Plaintiff suffered arising from his arrest and incarceration.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_27\_ day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party